

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| MOON VALLEY COUNTRY CLUB, an Arizona non-profit corporation, | No. 2:12-bk-16548-JMM |
| Debtor. | **MEMORANDUM DECISION** |

Upon proceedings taken under advisement on March 29, 2013;

The Debtor's Motion for an Interim Award of Attorney's Fees, including within it, a request to apply the prepetition retainer, is GRANTED, and the objection thereto is overruled.

The Debtors' Motion for Payment of the Accountant's Fees to Keegan, Linscott & Kenon, P.C. is GRANTED, and the objection thereto is overruled.

It is further ordered GRANTING the Debtor's Motion for Stay Pending Appeal to and through the ruling on whether the debtor's most recent plan is confirmed or denied.

Debtors' counsel shall present appropriate forms of orders on each of these matters.

DATED: April 2, 2013

HON. JAMES M. MARLAR

To be NOTICED by the BNC ("Bankruptcy Noticing Center") to:

Debtor
Trustee
Office of the U.S. Trustee